```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 09-46004 WJL |
| **WILLIAM JOHN LINDSEY and KAREN ANNE LINDSEY,** | Chapter 13 |
| Debtors. | **EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT** |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 18, 2011, the court entered the order valuing the lien of E*Trade Bank.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011              /s/ Patrick L. Forte
                                  PATRICK L. FORTE
                                  Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011             /s/ Martha G. Bronitsky
                                  MARTHA G. BRONITSKY
                                  Chapter 13 Trustee

Page 1 of 1

Case: 09-46004   Doc# 28   Filed: 06/24/11   Entered: 06/24/11 15:26:10   Page 1 of 1